UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO TALBERT (#460393)

VERSUS                                              CIVIL ACTION

BURL CAIN, ET AL                                    NUMBER 09-125-RET-SCR

RULING

On March 5, 2009, the petitioner was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the petitioner was ordered to either pay the filing fee or submit a pauper affidavit and a statement of account completed by an authorized officer certifying the amount of money in the petitioner's inmate account and the monthly deposit and balance averages for the preceding six months.

Despite notification of the need to correct the deficiencies in the pleadings, the petitioner failed to correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 28, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA